# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania (Erie)

IN RE: James C. Dempsey

CASE NO: 15-11129

FILED
17 JUN -9 PM 1:26
CLERK
U.S. BANKRUPTCY
COURT - ERIE

## NOTICE OF CHANGE OF ADDRESS FOR PAYMENTS FROM CHAPTER 13 TRUSTEE

Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s) 2 from the Chapter 13 Trustee should be sent to the following address:

**OLD ADDRESS:**

Bank of America
PO Box 26012
Greensboro, NC 27420

**NEW ADDRESS:**

Bank of America
PO Box 15312
Wilmington, DE 19850-5312

_Robert Phifer Jr_
Robert Phifer Jr
Bank of America

## CERTIFICATE OF SERVICE

I hereby certify that on    June 9, 2017    , a copy of the foregoing document was served on the following by ECF:

Trustee:
Ronda Winnecour
600 Grant Street Suite 3250
Pittsburgh, PA 15219

_Belinda McQueen_
Belinda McQueen