**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JASON CARL DEMPSEY | Case No. 15-11129TPA |
|        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>     vs.<br>JASON CARL DEMPSEY | Chapter 13 |
| | Document No. 56 |
|     Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __22nd__ day of December, 20 20 it is hereby ORDERED, ADJUDGED, and DECREED that,

Sutley Tool<br>
Attn: Payroll Manager<br>
25439 Plank Rd<br>
Guys Mills, PA 16327

is hereby ordered to immediately terminate the attachment of the wages of JASON CARL DEMPSEY, social security number XXX-XX-5246. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JASON CARL DEMPSEY.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ ljm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11129-TPA |
| Jason Carl Dempsey | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dkam      Page 1 of 2
Date Rcvd: Dec 22, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Carl Dempsey, 28544 State Highway 27, Guys Mills, PA 16327-3238 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Carl Dempsey dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com<br>kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 6