FILED
12/22/20 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Jason Carl Dempsey<br><br>        Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>        Movant(s)<br><br>        vs.<br>Jason Carl Dempsey<br><br>        Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 15-11129-TPA<br><br>Chapter 13<br><br>Doc #__57____ |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 4, 2020 (document #50) is hereby WITHDRAWN.  Trustee has determined that the Debtor's plan is now complete.

Respectfully submitted

12/21/2020

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
December 22, 2020

ljm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11129-TPA |
| Jason Carl Dempsey | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 1 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

**Recip ID       Recipient Name and Address**
db           + Jason Carl Dempsey, 28544 State Highway 27, Guys Mills, PA 16327-3238

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

**Name**                **Email Address**

Andrew F Gornall
                on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com

Brian Nicholas
                on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Daniel P. Foster
                on behalf of Debtor Jason Carl Dempsey dan@mrdebtbuster.com
                katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joshua I. Goldman
                on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com
                kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1        User: dkam        Page 2 of 2
Date Rcvd: Dec 23, 2020        Form ID: pdf900        Total Noticed: 1

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

TOTAL: 6