**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-11129-TPA |
| | : | |
| **Jason Carl Dempsey,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Jason Carl Dempsey,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 58 |
| | : | |
| vs. | : | |
| | : | |
| **Sutley Tool,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 30, 2020

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

SUTLEY TOOL
25439 PLANK ROAD
GUYS MILLS PA 16327