Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jason Carl Dempsey** <br> *Debtor(s)* | : <br> : <br> : | Case No. 15−11129−TPA <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Related to Document No. 66 <br><br> Hearing Date: 4/7/21 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this **The 26th of January, 2021**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 66 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before March 12, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **April 7, 2021 at 12:00 PM** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason Carl Dempsey  
    Debtor

Case No. 15-11129-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lmar      Page 1 of 3  
Date Rcvd: Jan 26, 2021      Form ID: 300b      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Carl Dempsey, 28544 State Highway 27, Guys Mills, PA 16327-3238 |
| 14126069 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982236, El Paso, TX 79998 |
| 14641092 | | Bank of America, PO Box 15312, Wilmington, DE 19850-5312 |
| 14135001 | | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14126072 | + | Citibank / Shell Oil, Citicorp Services, Po Box 790040, St Louis, MO 63179-0040 |
| 14132388 | + | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14187060 | + | Marquette Savings Bank, c/o Kurt L. Sundberg, Esq., 300 State Street, Ste 300, Erie, PA 16507-1430 |
| 14138726 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14126078 | + | Midland Mortgage Company, Mid First Bank, Attention: Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14132389 | + | Northwest Savings Bank, c/o Colleen Lamberto, PO Box 128, Warren, PA 16365-0128 |
| 14126080 | + | Receivable Managment Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14126084 | + | Wfs Financial / Wachovia Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14161844 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 27 2021 02:59:37 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14135553 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2021 02:47:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14126079 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2021 02:47:00 | RBS Citizens CC, Attn: Bankruptcy Department, 443 Jefferson Boulevard, Ms: Rjw-135, Warwick, RI 02886 |
| 14126070 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 02:59:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14126072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:02:58 | Citibank / Shell Oil, Citicorp Services, Po Box 790040, St Louis, MO 63179-0040 |
| 14126073 | + | Email/PDF: pa_dc_ed@navient.com | Jan 27 2021 03:01:10 | Department Of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14129882 | | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14126074 | + | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Financial, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 14126075 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 27 2021 02:49:00 | Fifth Third Bank, Bankruptcy Department, 1830 East Paris Avenue, Grand Rapids, MI 49546-6253 |
| 14126071 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:02:40 | Chase Card Services, Attn: Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 14126076 | + | Email/Text: craig.dombrowski@marquettesavings.com | | |

Case 15-11129-TPA  Doc 69  Filed 01/28/21  Entered 01/29/21 00:45:42  Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 26, 2021 | Form ID: 300b | Total Noticed: 30 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
|  |  |  | Jan 27 2021 02:50:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 14126077 | + | Email/Text: ahefner@onefcu.com | Jan 27 2021 02:50:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14138726 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 27 2021 03:01:01 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14126078 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jan 27 2021 02:59:23 | Midland Mortgage Company, Mid First Bank, Attention: Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14180499 |  | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 03:02:50 | Navient Solutions, Inc., Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14145567 |  | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Jan 27 2021 02:47:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14126081 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Jan 27 2021 02:47:00 | State Farm Financial Services, Attention: Bankruptcy, Po Box 2328, Bloomington, IL 61702-2328 |
| 14126082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2021 02:46:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14208523 |  | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:02:42 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14126083 | + | Email/Text: rmcbknotices@wm.com | Jan 27 2021 02:49:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14126085 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:02:42 | Worlds Foremost Bank NA, Attn: Collections, Po Box 82608, Lincoln, NE 68501-2608 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | MidFirst Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

| District/off: 0315-1 | User: lmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: 300b | Total Noticed: 30 |

Andrew F Gornall
    on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com

Brian Nicholas
    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Debtor Jason Carl Dempsey dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joshua I. Goldman
    on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6