**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JASON CARL DEMPSEY <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:15-11129 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 25, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/22/2015 and confirmed on 1/25/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,504.88 |
| Less Refunds to Debtor | 1,492.25 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,012.63 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 3,411.42 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,911.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST* | 0.00 | 40,767.06 | 0.00 | 40,767.06 |
|     Acct: 2225 | | | | |
|   MIDFIRST* | 1,470.49 | 1,470.49 | 0.00 | 1,470.49 |
|     Acct: 2225 | | | | |
|   BANK OF AMERICA NA** | 16,675.22 | 16,675.22 | 1,393.33 | 18,068.55 |
|     Acct: 1024 | | | | |
|   STATE FARM BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3568 | | | | |
| | | | | 60,306.10 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON CARL DEMPSEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON CARL DEMPSEY | 1,492.25 | 1,492.25 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E *** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2248 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5322 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4380 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O THE DEF | 11,170.70 | 1,327.86 | 0.00 | 1,327.86 |
|     Acct: 5246 | | | | |
|   DISCOVER BANK(*) | 8,449.86 | 1,004.43 | 0.00 | 1,004.43 |
|     Acct: 0465 | | | | |
|   MARQUETTE SAVINGS BANK | 15,466.95 | 1,838.56 | 0.00 | 1,838.56 |

15-11129 TPA                                                                                           Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 3670 | | | | |
|   MEADVILLE AREA FCU** | 9,200.08 | 1,093.61 | 0.00 | 1,093.61 |
|     Acct: 5246 | | | | |
|   NORTHWEST SAVINGS BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CITIZENS BANK NA(*) | 1,915.83 | 227.73 | 0.00 | 227.73 |
|     Acct: 4448 | | | | |
|   REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7118 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 250.82 | 29.81 | 0.00 | 29.81 |
|     Acct: 0001 | | | | |
|   WORLDS FOREMOST BANK - CABELAS C | 2,297.54 | 273.11 | 0.00 | 273.11 |
|     Acct: 5543 | | | | |
| | | | | 5,795.11 |

TOTAL PAID TO CREDITORS                                                                                66,101.21

    TOTAL CLAIMED
    PRIORITY           0.00
    SECURED      18,145.71
    UNSECURED   48,751.78

Date: 01/25/2021                                           /s/ Ronda J. Winnecour

                                                                                                                RONDA J WINNECOUR PA ID #30399
                                                                                                                 CHAPTER 13 TRUSTEE WD PA
                                                                                                                 600 GRANT STREET
                                                                                                                 SUITE 3250 US STEEL TWR
                                                                                                                 PITTSBURGH, PA  15219
                                                                                                                 (412) 471-5566
                                                                                                                 cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON CARL DEMPSEY

        Debtor(s)

    Ronda J. Winnecour
            Movant
       vs.
    No Repondents.

Case No.:15-11129 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                           Case No. 15-11129-TPA

Jason Carl Dempsey                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                               User: lmar                                             Page 1 of 3

Date Rcvd: Jan 26, 2021                                      Form ID: pdf900                                     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Carl Dempsey, 28544 State Highway 27, Guys Mills, PA 16327-3238 |
| 14126069 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982236, El Paso, TX 79998 |
| 14641092 | | Bank of America, PO Box 15312, Wilmington, DE 19850-5312 |
| 14135001 | | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14126072 | + | Citibank / Shell Oil, Citicorp Services, Po Box 790040, St Louis, MO 63179-0040 |
| 14132388 | + | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14187060 | + | Marquette Savings Bank, c/o Kurt L. Sundberg, Esq., 300 State Street, Ste 300, Erie, PA 16507-1430 |
| 14138726 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14126078 | + | Midland Mortgage Company, Mid First Bank, Attention: Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14132389 | + | Northwest Savings Bank, c/o Colleen Lamberto, PO Box 128, Warren, PA 16365-0128 |
| 14126080 | + | Receivable Managment Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14126084 | + | Wfs Financial / Wachovia Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14161844 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 27 2021 02:59:42 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14135553 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2021 02:47:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14126079 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2021 02:47:00 | RBS Citizens CC, Attn: Bankruptcy Department, 443 Jefferson Boulevard, Ms: Rjw-135, Warwick, RI 02886 |
| 14126070 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:02:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14126072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2021 03:03:00 | Citibank / Shell Oil, Citicorp Services, Po Box 790040, St Louis, MO 63179-0040 |
| 14126073 | + | Email/PDF: pa_dc_ed@navient.com | Jan 27 2021 03:02:51 | Department Of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14129882 | | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14126074 | + | Email/Text: mrdiscen@discover.com | Jan 27 2021 02:47:00 | Discover Financial, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 14126075 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jan 27 2021 02:49:00 | Fifth Third Bank, Bankruptcy Department, 1830 East Paris Avenue, Grand Rapids, MI 49546-6253 |
| 14126071 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 27 2021 03:01:00 | Chase Card Services, Attn: Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 14126076 | + | Email/Text: craig.dombrowski@marquettesavings.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jan 27 2021 02:50:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 14126077 | + Email/Text: ahefner@onefcu.com | Jan 27 2021 02:50:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14180499 | Email/PDF: pa_dc_claims@navient.com | Jan 27 2021 03:01:10 | Navient Solutions, Inc., Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14145567 | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Jan 27 2021 02:47:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14126081 | + Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Jan 27 2021 02:47:00 | State Farm Financial Services, Attention: Bankruptcy, Po Box 2328, Bloomington, IL 61702-2328 |
| 14126082 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2021 02:46:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14208523 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:01:02 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14126083 | + Email/Text: rmcbknotices@wm.com | Jan 27 2021 02:49:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14126085 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 03:02:42 | Worlds Foremost Bank NA, Attn: Collections, Po Box 82608, Lincoln, NE 68501-2608 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | MidFirst Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021　　　　　　　　　　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster |  |

District/off: 0315-1 User: lmar Page 3 of 3
Date Rcvd: Jan 26, 2021 Form ID: pdf900 Total Noticed: 30

          on behalf of Debtor Jason Carl Dempsey dan@mrdebtbuster.com
          katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joshua I. Goldman
          on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com
          kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

TOTAL: 6