| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jason Carl Dempsey** | | Social Security number or ITIN   **xxx–xx–5246** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:   **15–11129–TPA** | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason Carl Dempsey

3/29/21

**By the court:**    Thomas P. Agresti
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-11129-TPA

Jason Carl Dempsey                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                    User: dkam                                      Page 1 of 3
Date Rcvd: Mar 29, 2021                 Form ID: 3180W                          Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Carl Dempsey, 28544 State Highway 27, Guys Mills, PA 16327-3238 |
| 14641092 | | Bank of America, PO Box 15312, Wilmington, DE 19850-5312 |
| 14187060 | + | Marquette Savings Bank, c/o Kurt L. Sundberg, Esq., 300 State Street, Ste 300, Erie, PA 16507-1430 |
| 14132389 | + | Northwest Savings Bank, c/o Colleen Lamberto, PO Box 128, Warren, PA 16365-0128 |
| 14126080 | + | Receivable Managment Service, 240 Emery Street, Bethlehem, PA 18015-1980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 30 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2021 04:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 30 2021 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2021 04:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14161844 | EDI: AIS.COM | Mar 30 2021 03:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14126069 | EDI: BANKAMER.COM | Mar 30 2021 03:23:00 | Bank Of America, PO Box 982236, El Paso, TX 79998 |
| 14135001 | EDI: BANKAMER.COM | Mar 30 2021 03:23:00 | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14135553 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 30 2021 04:33:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14126079 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 30 2021 04:33:00 | RBS Citizens CC, Attn: Bankruptcy Department, 443 Jefferson Boulevard, Ms: Rjw-135, Warwick, RI 02886 |
| 14126070 | + EDI: CAPITALONE.COM | Mar 30 2021 03:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14126072 | + EDI: CITICORP.COM | Mar 30 2021 03:23:00 | Citibank / Shell Oil, Citicorp Services, Po Box 790040, St Louis, MO 63179-0040 |
| 14126073 | + EDI: NAVIENTFKASMDOE.COM | Mar 30 2021 03:23:00 | Department Of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14129882 | EDI: DISCOVER.COM | Mar 30 2021 03:23:00 | Discover Bank, Discover Products Inc, PO Box |

District/off: 0315-1      User: dkam      Page 2 of 3

Date Rcvd: Mar 29, 2021      Form ID: 3180W      Total Noticed: 32

| | | | |
|---|---|---|---|
| | | | 3025, New Albany, OH 43054-3025 |
| 14126074 | + EDI: DISCOVER.COM | Mar 30 2021 03:23:00 | Discover Financial, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 14126075 | + Email/Text: collectionbankruptcies.bancorp@53.com | Mar 30 2021 04:37:00 | Fifth Third Bank, Bankruptcy Department, 1830 East Paris Avenue, Grand Rapids, MI 49546-6253 |
| 14132388 | + EDI: IIC9.COM | Mar 30 2021 03:23:00 | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14126071 | EDI: JPMORGANCHASE | Mar 30 2021 03:23:00 | Chase Card Services, Attn: Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 14126076 | + Email/Text: craig.dombrowski@marquettesavings.com | Mar 30 2021 04:37:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 14126077 | + Email/Text: ahefner@onefcu.com | Mar 30 2021 04:38:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14138726 | + EDI: AISMIDFIRST | Mar 30 2021 03:23:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14126078 | + EDI: AISMIDFIRST | Mar 30 2021 03:23:00 | Midland Mortgage Company, Mid First Bank, Attention: Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14180499 | EDI: NAVIENTFKASMSERV.COM | Mar 30 2021 03:23:00 | Navient Solutions, Inc., Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14145567 | EDI: STFM.COM | Mar 30 2021 03:23:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14126081 | + EDI: STFM.COM | Mar 30 2021 03:23:00 | State Farm Financial Services, Attention: Bankruptcy, Po Box 2328, Bloomington, IL 61702-2328 |
| 14126082 | + EDI: VERIZONCOMB.COM | Mar 30 2021 03:23:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14208523 | EDI: CAPITALONE.COM | Mar 30 2021 03:23:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14126083 | + Email/Text: rmcbknotices@wm.com | Mar 30 2021 04:37:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14126084 | + EDI: WFFC.COM | Mar 30 2021 03:23:00 | Wfs Financial / Wachovia Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |
| 14126085 | + EDI: CAPITALONE.COM | Mar 30 2021 03:23:00 | Worlds Foremost Bank NA, Attn: Collections, Po Box 82608, Lincoln, NE 68501-2608 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-1 | User: dkam | Page 3 of 3
Date Rcvd: Mar 29, 2021 | Form ID: 3180W | Total Noticed: 32

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | |
| | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | |
| | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Debtor Jason Carl Dempsey dan@mrdebtbuster.com |
| | katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | |
| | on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com |
| | kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 6