**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JASON CARL DEMPSEY

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.: 15-11129 TPA

Chapter 13

Document No.: 66

FILED
3/29/21 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __29th__ day of __March__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    ljm

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                         Case No. 15-11129-TPA
Jason Carl Dempsey                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: dkam                                         Page 1 of 3
Date Rcvd: Mar 29, 2021                     Form ID: pdf900                                    Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Carl Dempsey, 28544 State Highway 27, Guys Mills, PA 16327-3238 |
| 14126069 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982236, El Paso, TX 79998 |
| 14641092 | | Bank of America, PO Box 15312, Wilmington, DE 19850-5312 |
| 14135001 | | Bank of America, PO BOX 31785, Tampa, FL 33631-3785 |
| 14132388 | + | IC Systems Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14187060 | + | Marquette Savings Bank, c/o Kurt L. Sundberg, Esq., 300 State Street, Ste 300, Erie, PA 16507-1430 |
| 14138726 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14126078 | + | Midland Mortgage Company, Mid First Bank, Attention: Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14132389 | + | Northwest Savings Bank, c/o Colleen Lamberto, PO Box 128, Warren, PA 16365-0128 |
| 14126080 | + | Receivable Managment Service, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14126084 | + | Wfs Financial / Wachovia Dealer Services, Po Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14161844 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 30 2021 03:07:42 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14135553 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 30 2021 04:33:00 | Citizens Bank, N.A., 443 Jefferson Blvd. RJW-135, Warwick, RI 02886 |
| 14126079 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 30 2021 04:33:00 | RBS Citizens CC, Attn: Bankruptcy Department, 443 Jefferson Boulevard, Ms: Rjw-135, Warwick, RI 02886 |
| 14126070 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 03:06:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14126072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 03:07:01 | Citibank / Shell Oil, Citicorp Services, Po Box 790040, St Louis, MO 63179-0040 |
| 14126073 | + | Email/PDF: pa_dc_ed@navient.com | Mar 30 2021 03:30:07 | Department Of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14129882 | | Email/Text: mrdiscen@discover.com | Mar 30 2021 04:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14126074 | + | Email/Text: mrdiscen@discover.com | Mar 30 2021 04:33:00 | Discover Financial, Attention: Bankruptcy Department, Po Box 3025, New Albany, OH 43054-3025 |
| 14126075 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 30 2021 04:37:00 | Fifth Third Bank, Bankruptcy Department, 1830 East Paris Avenue, Grand Rapids, MI 49546-6253 |
| 14126071 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 30 2021 03:05:57 | Chase Card Services, Attn: Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 14126076 | + | Email/Text: craig.dombrowski@marquettesavings.com | Mar 30 2021 04:37:00 | Marquette Savings Bank, 920 Peach Street, Erie, |

Case 15-11129-TPA  Doc 74  Filed 03/31/21  Entered 04/01/21 00:46:02  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 16501-1486 |
| 14126077 | + | Email/Text: ahefner@onefcu.com | Mar 30 2021 04:38:00 | Meadville Area Federal Credit Union, 300 Arch Street, Meadville, PA 16335-3217 |
| 14180499 | | Email/PDF: pa_dc_claims@navient.com | Mar 30 2021 03:30:08 | Navient Solutions, Inc., Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14145567 | | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Mar 30 2021 04:34:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14126081 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Mar 30 2021 04:34:00 | State Farm Financial Services, Attention: Bankruptcy, Po Box 2328, Bloomington, IL 61702-2328 |
| 14126082 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2021 04:33:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 14208523 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 03:29:24 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 14126083 | + | Email/Text: rmcbknotices@wm.com | Mar 30 2021 04:37:00 | Waste Management, 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |
| 14126085 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 03:29:25 | Worlds Foremost Bank NA, Attn: Collections, Po Box 82608, Lincoln, NE 68501-2608 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 31, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor MidFirst Bank andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Carl Dempsey dan@mrdebtbuster.com |

| District/off: 0315-1 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2021 | Form ID: pdf900 | Total Noticed: 30 |

    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joshua I. Goldman
    on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6